# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANNON O. MURPHY,**<br>Plaintiff,<br>vs.<br>**OFFICE OF THE U.S. SENATOR, KAMALA HARRIS,**<br>Defendant. | CASE NO. 19-cv-00076-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 14 |

The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation (Dkt. No. 14 ("Report")) recommending dismissal of plaintiff's amended complaint (Dkt. No. 11), to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. the Report is **ADOPTED**;

2. the action herein is **DISMISSED WITHOUT PREJUDICE** for failure to state a plausible claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: May 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**