# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANNON O. MURPHY,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**OFFICE OF THE U.S. SENATOR, KAMALA HARRIS,**<br><br>  Defendant. | CASE NO. 19-cv-00076-YGR<br><br>**ORDER DENYING REQUEST FOR ATTORNEY REPRESENTATION**<br><br>Re: Dkt. No. 17 |

On April 5, 2019 Magistrate Judge Sallie Kim issued a Report and Recommendation (Dkt. No. 14) recommending dismissal of plaintiff's amended complaint without prejudice ("R&R"). (Dkt. No. 11.) No party filed a timely objection, and on May 6, 2019, this Court adopted the R&R and dismissed plaintiff's action without prejudice for failure to state a plausible claim on which relief may be granted. (Dkt. No. 16.) That same day, the Court has received plaintiff's "demand [for] attorney representation[.]" (Dkt. No. 17.) Having dismissed plaintiff's complaint, and there being no right to counsel in a civil matter, the Court **DENIES** plaintiff's request for representation by an attorney. *United States v. 30.64 Acres of Land*, 795 F.2d 796, 801 (9th Cir. 1986) ("There is normally . . . no constitutional right to counsel in a civil case.").

This Order terminates Docket Number 17.

**IT IS SO ORDERED.**

Dated: May 15, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**